IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Transglobal Investments, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:011-cv-00178 |
| v. | : | Judge Smith |
| CDR Transfer, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

This matter is before the Court on the Magistrate Judge's August 31, 2012 Report and Recommendation recommending that judgment be entered against defendants CDR Transfer, Inc. and Bruce Josephy in the amount of $26,194.01 on plaintiffs' first claim; that no damages be awarded against defendants on plaintiffs' second claim; that judgment be entered against defendants CDR Transfer, Inc. and Bruce Josephy as to plaintiffs' third claim in the amount of $344,024.69, for a total of $370,218.70. The Magistrate Judge also concluded that plaintiffs are entitled to an award of attorney's fees in the amount of $3,100.00.

No objections to the Report and Recommendation have been filed. Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. Plaintiffs Paul L. Parshall and Transglobal

Investments Inc.'s November 8, 2011 motion for default judgment against CDR Transfer, Inc. and Bruce Josephy (doc. 10) is GRANTED in part.

The Clerk of Court is DIRECTED to enter JUDGMENT against defendants CDR Transfer, Inc. and Bruce Josephy in the amount of $26,194.01 on plaintiffs' first claim; no damages are awarded against defendants on plaintiffs' second claim; JUDGMENT is entered against defendants CDR Transfer, Inc. and Bruce Josephy as to plaintiffs' third claim in the amount of $344,024.69, for a total of $370,218.70. Additionally, plaintiffs AWARDED attorney's fees in the amount of $3,100.00.

    /S/ George C. Smith
George C. Smith
United States District Judge